In the Matter of the Accounting of MARY A. BUSHEL, as Administratrix of the Estate of GEORGE O'BEIRNE, Deceased, Respondent; CATHERINE STAUBLE, Appellant.

Submitted January 5, 1942; decided February 26, 1942.

*Emanuel Lauterbach* for appellant.

*John P. Powers* and *Albert Philipson* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.